**FILED**

12/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0535


ORIGINAL

PETER O. MALTESE
Attorney at Law
P.O. Box 969
Sidney MT 59270
(406) 433-6042
pomaltese@gmail.com
Attorney for Appellant

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 22-0535

NANCY VAIRA,

    Petitioner and Appellee,

-vs-

DUANE SMITH,

    Respondent and Appellant.

FILED

DEC 1 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER EXTENDING DEADLINE FOR APPELLANT'S OPENING BRIEF TO JANUARY 13, 2023

Upon consideration of Appellant's Motion to Continue Deadline for Opening Brief to January 13, 2023, and good cause showing,

IT IS HEREBY ORDERED that Appellant's opening brief is due on January 13, 2023.

DATED this 12 day of December, 2022.

_____
SUPREME COURT JUSTICE